# IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-80014-tlp11 |
| | ) | |
| **JONES LEASE PROPERTIES, LLC** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Thomas L. Perkins |
| | ) | |
| PO Box 132 | ) | **WITHDRAWAL OF NOTICE OF** |
| Colona, IL 61241 | ) | **APPEARANCE AND REQUEST FOR** |
| | ) | **SPECIAL NOTICE** |
| EIN: 33-1090280 | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as the general reorganization counsel herein, in the above-entitled Chapter 11 bankruptcy case, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that she be removed from all notices given or required to be given in this case and all papers served or required to be served in this case.  Jeffrey D. Goetz, Esq. and Bradshaw, Fowler, Proctor & Fairgrave, P.C. will continue to serve as general reorganization counsel for Debtor and Debtor in Possession in the above-entitled Chapter 11 bankruptcy case.

Dated:  July 12, 2019                    Respectfully submitted,

                                        */s/ Krystal R. Mikkilineni*
                                        Krystal R. Mikkilineni, AT0011814
                                        Bradshaw, Fowler, Proctor & Fairgrave, P.C.
                                        801 Grand Avenue, Suite 3700
                                        Des Moines, IA  50309-2727
                                        515/246-5870
                                        515/246-5808 FAX
                                        mikkilineni.krystal@bradshawlaw.com

                                        General Reorganization Counsel
                                        Debtor and Debtor in Possession

CERTIFICATE OF SERVICE

    This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/ Bari Rogers*