**IT IS SO ORDERED.**

**SIGNED THIS: September 25, 2020**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| I80 EQUIPMENT, LLC, | ) | BANKR. NO. 17-81749 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| In re: | ) | |
| | ) | |
| JONES LEASE PROPERTIES, LLC, | ) | BANKR. NO. 19-80014 |
| | ) | |
| Debtor, | ) | CHAPTER 11 |
| | ) | |

**ORDER APPROVING COMPROMISE**

The Notice of Compromise and Joint Motion to Approve Compromise (Bankr. 17-81749, Doc. 622, 624; Bankr. 19-80014, Doc. 431, 432) (collectively, "Motion") filed by Jeana K. Reinbold, solely as the Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("I80 Trustee") and Jones Lease Properties, LLC ("Jones Lease") having come before the Court for consideration, no objections having been filed,

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted, and the Settlement and Release Agreement attached as Exhibit A ("Agreement") to the Motion filed in each case is approved;

1

2.     The parties are authorized to enter into the compromise described in the Motion, and Jones Lease shall transmit the sum of one-hundred twenty-five thousand dollars and 00/100 cents ($125,000.000) ("Settlement Amount") to the I80 Trustee as set forth in the Motion;

3.     Following timely and full payment of the Settlement Amount, the I80 Trustee and Jones Lease are authorized to and shall perform or cause to be performed all acts necessary to conclude the compromise described within, including without limitations the dismissal of adversary proceeding numbers 19-8124, 19-8125, 19-8128 and 19-8130 with prejudice, providing a release of judgment in 19-8129 which can be filed, withdrawal of Claim 5-2 filed by the I80 Trustee in case 19-80014 with prejudice, withdrawal of both claim 49-1 filed by Jones Lease and claim 50-1 filed by Erik R. Jones in case 17-81749 with prejudice, and amendment of the plan proposed for confirmation by Jones Lease to remove treatment of the claims of the I80 Trustee by making reference to the Agreement;

4.     The Court shall retain jurisdiction over any and all matters arising from or related to this order.

###