**IT IS SO ORDERED.**

**SIGNED THIS: October 13, 2020**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 19-80014 |
| Jones Lease Properties, LLC | ) | |
| | ) | Chapter 11 |
| Debtor(s) | ) | |

### STIPULATED ORDER TO WITHDRAW CLAIM WITH PREJUDICE

Pursuant to the Joint Motion to Approve Compromise filed herein on August 28, 2020 (Court Doc. 431) and the Order Approving Compromise entered herein on September 25, 2020 (Court Doc. 438), Jones Lease Properties, LLC, Debtor, and Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("Trustee") hereby stipulate that Amended Claim 5-2 filed herein by the Trustee on July 31, 2019 in the amount of $5,419,440.62 be ordered withdrawn with prejudice.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Jones Lease Properties, LLC | Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC |
| By: _/s/ Jeffrey D. Goetz_ | |
| One of its attorneys | By: _/s/ Andrew W. Covey_ |
| Jeffrey D. Goetz | One of her attorneys |
| Bradshaw, Fowler, Proctor & Fairgrave, P.C. | Andrew W. Covey |
| 801 Grand Avenue, Suite 3700 | 416 Main Street, Suite 700 |
| Des Moines, IA  50309 | Peoria, IL 61602 |
| Tel:  515-246-5817 | Tel: 309-674-8125 |

###